07 CV 1223

JUDGE RAKOFF

Terry L. Stoltz (TS-7650)
William M. Fennell (WF-8895)
NICOLETTI HORNIG CAMPISE & SWEENEY
Attorneys for Plaintiff
Wall Street Plaza
88 Pine Street, Seventh Floor
New York, New York 10005-1801
(212) 220-3830



RECEIVED
FEB 16 2007
U.S.D.C. S.D.N.Y.
CASHIERS

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------X

STX PAN OCEAN CO., LTD.,

                Plaintiff,

  – against –

BONYAD SHIPPING CO.,

                Defendant.

------------------------------------------------------------------X

Index No. _____

**PLAINTIFF'S
RULE 7.1 STATEMENT**

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff STX Pan Ocean Co., Ltd., (a private, non-governmental party) certifies that there is no parent corporation and the following companies own more than 10% of Plaintiff's stock: STX Shipbuilding Co., Ltd. (approximately 38.91%) and Korea Development Bank (approximately 18.65%).

Dated: New York, New York
February 16, 2007

Respectfully submitted,

NICOLETTI HORNIG CAMPISE & SWEENEY
*Attorneys for Plaintiff STX Pan Ocean Co., Ltd.*

By: _/s/ Terry L. Stoltz_
Terry L. Stoltz (TS-7650)
Wall Street Plaza
88 Pine Street, Seventh Floor
New York, New York 10005-1801
212-220-3830 (telephone)
212-220-3780 (facsimile)
82000050 (reference number)