| UNITED STATES DISTRICT COURT | FILED |
| SOUTHERN DISTRICT OF NEW YORK | DISTRICT COURT |

| | |
|---|---|
| STX Pan Ocean Co., Ltd. | 2007 MAR -9 P 3: 03 |
|              Plaintiff, | **CERTIFICATE OF MAILING** |
| | S.D. OF N.Y. |
| -V- | |
| Bonyad Shipping Co. | |
|              Defendants.. | 07 cv 1223(JSR) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

### 9th Day of March, 2007

I served the

Notice of Court Conference
Civil Case Management Plan
Judge Rakoff's Individual Rules ) Pratice

filed and issued herein on the
2nd Day of February, 2007

by mailing by registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

# RB 632 893 513  #_____  #_____

(Chinatown Station) that was issued at my request as aforementioned,

                                                         J. Michael McMahon
                                                         CLERK

Dated: New York, NY

March 8, 2007
Re: *STX Pan Ocean Co., Ltd. v. Bonyad Shipping Co.* (Index No. 07-Civ-1223)
Page 2

2. Judge Rakoff's Individual Rules of Practices (which includes the (i) Third Amended Instructions for Filing an Electronic Case or Appeal, (ii) Procedures for Electronic Case Filing, and (iii) Guidelines for Electronic C___ ; "Instructions for Service of Process on a ___ cuments to be served, as well as a copy of

ndersigned directly at (212) 220-3818 if k you, in advance, for your attention and

SWEENEY

