Terry L. Stoltz (TS-7650)
William M. Fennell (WF-8895)
NICOLETTI HORNIG & SWEENEY
Attorneys for Plaintiff
Wall Street Plaza
88 Pine Street, Seventh Floor
New York, New York 10005-1801
(212) 220-3830

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------ X   **ECF CASE**
STX PAN OCEAN CO., LTD.,                                                 :
                                                                          :   **07-CV-1223 (JSR)**
                Plaintiff,                                :
                                                                          :
   – against –                                                          :
                                                                          :
BONYAD SHIPPING CO., LTD.,                                               :
                                                                          :
                Defendant.                               :
------------------------------------------------------------------------ X

**WRITTEN REPORT PURSUANT TO**
**NOTICE OF COURT CONFERENCE (DOCKET NO. 5)**

       STX Pan Ocean Co., Ltd. ("STX Pan Ocean"), through its undersigned counsel, respectfully submits this written report as directed by the Court's "Notice of Court Conference" (Docket No. 5)(hereinafter the "Order"). To date, the parties have not held a discovery conference because Defendant Bonyad Shipping Co., Ltd. ("Bonyad Shipping") has not been served with the Summons and Complaint and has not appeared in this action. As an aside, and as required by the Order, Plaintiff served the Order upon Bonyad Shipping through the Clerk of the Court. (*See* Docket No. 6).

       Further, there is no need for a discovery conference because this action is brought under 9 U.S.C. § 8 in the aid of an arbitration against Bonyad Shipping, who cannot be found in

this district.  This litigation will not involve the underlying merits of the dispute between

Plaintiff and Defendant and, therefore, no discovery is needed.

Dated: New York, New York
       March 29, 2007

                                          Respectfully submitted,

                                          NICOLETTI HORNIG & SWEENEY
                                          *Attorneys for Plaintiff STX Pan Ocean Co., Ltd.*

                                  By:           s/ Terry L. Stoltz
                                        Terry L. Stoltz, Esq. (TS-7650)
                                        William M. Fennell, Esq. (WF-8895)
                                        Wall Street Plaza
                                        88 Pine Street, Seventh Floor
                                        New York, New York 10005-1801
                                        212-220-3830 (telephone)
                                        212-220-3780 (facsimile)
                                        82000050 (our reference number)

TO:

BONYAD SHIPPING CO.
No. 24 Gandi Street, First Floor
Tehran
Iran

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                                    S.S.:
COUNTY OF NEW YORK)

ROSEMARIE RUSSO, being duly sworn, deposes and says:

I am employed by the firm of NICOLETTI HORNIG & SWEENEY, attorneys for the plaintiff. I am not a party to this action, am over 18 years of age and reside in Nassau County, New York.

On March 29, 2007, I served the annexed **WRITTEN REPORT PURSUANT TO NOTICE OF COURT CONFERENCE (DOCKET NO. 5)**, upon the following:

BONYAD SHIPPING CO.
No. 24 Gandi Street, First Floor
Tehran
Iran

at the addresses designated for that purpose, by depositing true copies of same enclosed in postpaid, properly addressed wrappers in an official depository under the exclusive care and custody of the United States Postal Services within the State of New York.

ROSEMARIE RUSSO

Sworn to before me this
29th day of March, 2007

_____
Notary Public

MICHELLE MANISCALCO
Notary Public, State of New York
No. 01MA6088438
Qualified in Kings County
Certificate Filed in New York County
Commission Expires March 3, 20 11