```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
STX PAN OCEAN CO., LTD,              :
                                     :
              Plaintiff,             :    07 Civ. 1223 (JSR)
                                     :
         -v-                         :         ORDER
                                     :
BONYAD SHIPPING CO.,                 :
                                     :
              Defendant.             :
------------------------------------ x
```

JED S. RAKOFF, U.S.D.J.

    For the reasons stated from the bench, see transcript, April 5, 2007, this action is stayed in all respects, pending further action by the Court. The Clerk is directed to place this action on the suspense calendar.

    SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       April 5, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-10-07