Rakoff, J

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X   ECF
STX PAN OCEAN CO., LTD.,

        Index No. 07 Civ. 1223 (JSR)

        Plaintiff,

    – against –        NOTICE AND ORDER OF
        DISCONTINUANCE
BONYAD SHIPPING CO.,

        Defendant.
------------------------------------------------------------X

    **PLEASE TAKE NOTICE** that the above captioned matter is hereby discontinued without prejudice pursuant to Federal Civil Procedure Rule 41(a)(1).

    Respectfully submitted,

    NICOLETTI HORNIG & SWEENEY
    *Attorneys for Plaintiff STX Pan Ocean Co., Ltd.*

    By: _____
    Terry L. Stoltz, Esq.
    Wall Street Plaza
    88 Pine Street, Seventh Floor
    New York, New York 10005-1801
    212-220-3830 (telephone)
    82000050 (reference number)

Dated: New York, New York
       May __, 2007

    SO ORDERED:

    _____
    JED S. RAKOFF, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-14-07